# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>18 USPS Parcels to "Online Makeup Store,"<br>5521 Mission Rd, #394, Bonsall, CA 92003 | )<br>)<br>)  Case No.   23-mj-04517<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the ___Southern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud; |
| 18 U.S.C. § 1349 | Mail Fraud Conspiracy |

The application is based on these facts:

See attached Affidavit of US Postal Inspector Darin M. White

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Darin White, US Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___Telephone___ *(specify reliable electronic means)*.

Date: December 13, 2023

*Judge's signature*

City and state: San Diego, CA          Hon. Michael S. Berg, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT FOR SEARCH WARRANT

I, Darin White, being duly sworn, hereby depose and state:

# INTRODUCTION

1. This affidavit is submitted in support of an application for a warrant to search 18 parcels that were all shipped to the same United States Post Office PO Box and retrieved on the same day, December 8, 2023. The PO Box address is **5521 Mission Road, #394, Bonsall, CA 92003** (the **subject PO Box**). The PO Box application for the **Subject PO Box** shows it is registered to Michelle P. MACK and an associated business name of "Online Makeup Store." The **Subject PO Box** application listed an Arizona Driver's License #D02358785, which I have confirmed through law enforcement databases was issued to Michelle Paulette MACK. MACK's residence was recently searched by investigators with California Highway Patrol and Homeland Security Investigations.

2. For the reasons discussed below, the following 18 parcels that were shipped to the **Subject PO Box** are believed to contain stolen merchandise that MACK is fencing through her Amazon marketplace store, "Online Makeup Store":

   a. **Subject Parcel 1** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4968 13 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003 with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

   b. **Subject Parcel 2** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4967 76 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

   c. **Subject Parcel 3** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4968 51 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930

Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

d. **Subject Parcel 4** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4967 90 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023 from ZIP code 95301.

e. **Subject Parcel 5** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4968 37 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

f. **Subject Parcel 6** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0004 4978 48 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Yvette E Gil Hernandez, 222 Harrison Ave, San Diego, CA 92113-2322." The parcel is a "return parcel" and a postmark date and zip are not listed.

g. **Subject Parcel 7** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 5874 08 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Trisha Bishop, 8732 E. San Victor Dr, Scottsdale, AZ 85258-1914." The parcel is a "return parcel" and a postmark date and zip are not listed.

h. **Subject Parcel 8** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 5626 56 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Kari Greaves, 422 E. Valley View Dr, Preston, ID 83263-1543." The parcel is a "return parcel" and a postmark date and zip are not listed.

i. **Subject Parcel 9** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0003 9706 49 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Gizelle Moses, 31555 Vorenburg Rd, Calhan, CO 80808-9027." The parcel is a "return parcel" and a postmark date and zip are not listed.

j. **Subject Parcel 10** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 5341 98 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Scott Campbell, 4120 Baxter Trl, Suwanee, GA 30024-8384." The parcel is a "return parcel" and a postmark date and zip are not listed.

k. **Subject Parcel 11** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0009 1034 92 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Linda Johnson, 16478 Lower Colfax Rd, Grass Valley, CA 95945-7914." The parcel is a "return parcel" and a postmark date and zip are not listed.

l. **Subject Parcel 12** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0010 2003 95 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Judy Hatfield, 575 Northstar Drive, Saint George, UT 84770." The parcel is a "return parcel" and a postmark date and zip are not listed.

m. **Subject Parcel 13** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 8224 79 to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Dianne Pittman, 40929 Ccascado Pl, Fremont, CA 94539-3744." The parcel is a "return parcel" and a postmark date and zip are not listed.

n. **Subject Parcel 14** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 6323 13 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address

of "Mary N. Windham, 360 E. Lake Sue Avenue, Winter Park, FL 32789-5831." The parcel is a "return parcel" and a postmark date and zip are not listed.

    o. **Subject Parcel 15** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 2925 31 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "James A Ogle, 14833 Timber Ridge Ln, Marthasville, MO 63357-2147." The parcel is a "return parcel" and a postmark date and zip are not listed.

    p. **Subject Parcel 16** is a USPS Ground Advantage parcel bearing tracking number 9300 1201 1141 1135 2508 17 addressed to "Maria Rosa Serrano, 8400 NW 25th St (BM-429080), Suite 100 Doral, Miami, FL 33191" with the return address of "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518." The parcel is a "return to sender parcel." It was originally postmarked on November 13, 2023, from ZIP code 92003.

    q. **Subject Parcel 17** is a USPS Ground Advantage parcel bearing tracking number 9300 1201 1141 1166 2760 46 addressed to "Nancy Adiegwu, 8640 S 82nd CT APT 10, Hickory Hills, IL 60457-1150" with the return address of "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518." The parcel is a "return to sender parcel." It was originally postmarked on November 24, 2023, from ZIP code 92003.

    r. **Subject Parcel 18** is a USPS Ground Advantage parcel bearing tracking number 9300 1201 1141 1180 1956 44 addressed to "Koji Onoe, 6507 Ocean Crest Dr V318, Rancho Palos Verdes, CA 90275-5464" with the return address of "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518." The parcel is a "return to sender parcel." It was originally postmarked on November 27, 2023, from ZIP code 92003.

3. Based on information below, I submit there is probable cause to believe that **Subject Parcels 1 through 18** contain evidence of a crime, contraband, fruits of crime and

property used in committing a crime, including violations of Title 18, United States Code, Sections 1341 (mail fraud), and 1349 (fraud conspiracy),

4. The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and affidavits related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation. All dates and times discussed below are approximate.

## TRAINING AND EXPERIENCE

5. I am a Federal Agent employed as a Postal Inspector by the USPIS. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. 2510(7) and a federal law enforcement officer under Fed. R. Crim. P. 41(a)(2)(C). I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. 3061.

6. I am a Postal Inspector employed by the USPIS in San Diego, California. I have been employed as a Postal Inspector since March 2008, and am currently assigned to the San Diego Mail Fraud Team. My primary responsibility is the investigation of fraud involving the U.S. Mail. I have personally conducted criminal investigations involving violations of federal statutes, including 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. §§ 1956 and 1957 (Money Laundering), and related statutes, including schemes that involve the use of the Mail to further various fraud schemes. While conducting my duties, I have been in contact with other law enforcement contacts and have spoken with other law enforcement personnel, suspects, victims, and witnesses and learned different methods by which the crime of fraud is committed.

7. Prior to my position as a Postal Inspector, I was employed as a Diversion Investigator for the Drug Enforcement Administration for five years. As a Diversion Investigator, I was responsible for conducting narcotics and fraud investigations. Based on my training, experience, and speaking with other investigators, I know that mail fraud cases often involve a complex organization of multiple individuals acting together to conspire, aid, or abet.

## PROBABLE CAUSE

### Background

8. Since August 2023, the California Highway Patrol (CHP) and Homeland Security Investigations (HSI), with assistance from corporate investigators employed by ULTA Beauty, have been investigating the theft and resale of beauty retail merchandise. In the fall of 2023, investigators identified 12 subjects who appeared to be working in coordination to steal from UTLA Beauty.

9. Records collected by CHP Officer M. Diehl, which include surveillance and arrest records, show that, between September 11, 2021 and November 2023, the 12 subjects committed over 230 thefts from ULTA Beauty retail stores nationwide, with the reported losses exceeding $600,000.00. The thefts that occurred in California included the following counties: Sacramento, Yolo, Solano, Alameda, San Joaquin, Contra Costa, Santa Clara, Los Angeles, Orange, and San Diego.

10. Two of the identified members of this ring were Kimora GOODING and Serena REYES. Records obtained from ULTA Beaty indicate that GOODING has participated in 95 theft incidents nationwide, with 69 of those incidents occurring in California, while REYES has participated in 57 theft incidents nationwide, with 7 occurring in California.

11. Officer Diehl learned REYES and GOODING were arrested on the East Coast following a series of thefts from retail establishments. During an interview with REYES conducted by the local authorities, REYES indicated that a subject in California had requested that she (REYES) and GOODING commit the thefts. REYES said that the

subject, who communicated with them via Facebook, would pay for their airfare, rent their vehicles, and pay their travel expenses. The subject would also provide them with a list of retail stores to target, along with the retail merchandise she sought. Investigators were able to corroborate some of this information during a consensual search of REYES's phone.

**Identification of MACK**

12. On September 22, 2023, Officer Diehl obtained a state warrant to search the cell phone found on GOODING at the time of her arrest.

13. On September 26, 2023, after a Digital Forensic Extraction (DFE) had been completed on GOODING's cellular phone, Officer Diehl began reviewing the "chats" on GOODING's cellular phone and located a WhatsApp conversation with telephone number **(480) 241-4929** that began in December 2022 and continued until GOODING's arrest in August 2023. Officer Diehl conducted a public record check for **(480) 241-4929** and saw that it was registered to Michelle Paulette MACK, 30434 Montrachet Street, Bonsall, CA 92003. (Telephone number **(480) 241-4929** is also the phone number that MACK listed on her application for the **Subject PO Box**, as is the 30434 Montrachet Street address.)

14. Over the course of the WhatsApp conversation with MACK, GOODING offered to sell cosmetics, sunglasses, and designer purses to MACK, and made comments suggesting that the items were stolen. It is estimated hundreds of transactions were documented in the conversation discussing the purchase and sales of hundreds-of-thousands of dollars-worth of retail merchandise that appeared to be stolen.

15. During the chats, MACK appeared to put GOODING in touch with other people involved in retail theft, including by providing their telephone numbers and telling GOODING to use her name as a reference. MACK also provided GOODING with lists of items to steal, quantities, and prices she would pay.

16. At one point, GOODING told MACK that she (GOODING) would be traveling to steal more items and would ship them to MACK while she was away. GOODING then asked MACK for an address and MACK provided Online Makeup Store, 5521 Mission Road #394, Bonsall, CA 92003 (the **Subject PO Box**).

17. The chats with GOODING led officers to believe that MACK was likely selling the stolen items on an eCommerce platform. An online search for the specific items on Amazon that MACK had requested from GOODING led investigators to identify an Amazon seller with the name "Online Makeup Store." (This is the same business associated with the **Subject PO Box**.) Officer Diehl accessed the Amazon Storefront for Online Makeup Store and discovered there were over 300 items listed for sale by that seller, with multiples of each item. The items listed for sale were nearly fifty percent off the actual retail price, which was included in the sales listing. This steep discount suggested the items were being fenced.

18. During the investigation, officers located a business license filing provided to the state of California by MACK, which described her business of 95 & Sunny, Inc. The business license described its formation within Arizona and was transferred to California, with a principal address at 30434 Montrachet Street, Bonsall, CA 92003 (MACK's residence). MACK was listed as the Chief Executive Officer (CEO), Secretary, and Chief Financial Officer (CFO).

19. On October 3, 2023, Officer Diehl contacted an Amazon Senior Program Manager. Officer Diehl provided MACK's name and telephone number and asked if she had a sellers account with Amazon. The Amazon representative informed Officer Diehl that MACK had a registered account of Online Makeup Store, with a Seller ID: A28PH6N8THLJSP.

20. On October 5, 2023, Officer Diehl contacted an ULTA Beauty representative about some of the products listed for sale on MACK's Online Makeup Store. Officer Diehl asked if the prices of items being sold through Online Makeup Store could be profitable for a legitimate business. The ULTA employee said no, that the identified items being sold online were either at or below the cost for ULTA Beauty to purchase the items at wholesale value. The ULTA employee was skeptical that a small business vendor could legitimately acquire the products at lower cost than ULTA Beauty, given ULTA's size and buying

power, and suspected that the seller could only maintain a profitable business if the items sold were acquired illegitimately.

21. On October 5, 2023, Officer Diehl obtained a state search warrant granting the search of MACK's Amazon account identified as Online Makeup Store.

22. On November 14, 2023, Officer Diehl received the requested information from Amazon, which identified MACK as the operator of Online Makeup Store, also known as 95 & Sunny Inc. Amazon also provided its most recent business addresses for Online Makeup Store: 30434 Montrachet Street, Bonsall, CA 92003 (MACK's personal address) and 5521 Mission Road #394, Bonsall, CA 92003 (the **Subject PO Box**).

23. Amazon also provided sales records for Online Makeup Store, which described the 022 reporting on MACK's 1099-K as $1,890,887.82. Since the inception of MACK's Amazon sales platform in 2012, MACK had sold nearly $8,000,000.00 worth of cosmetic items through the site.

24. On October 9, 2023, officers reviewed scanned images of packages being received at the USPS Office that served the **Subject PO Box** and MACK's residence. Officers discovered MACK was receiving many packages. While reviewing the scanned images, Officer Diehl discovered several packages sent by people who identified themselves as "China Johnson", "Desha Johnson", "Tati Woodward", and "Elena Beckmon".

25. Officer Diehl accessed public and law enforcement databases and identified all four of these senders as individuals previously tied to retail theft from ULTA Beauty stores. "China Johnson" appears to be an alias for CHINA MCDOWELL, "Desha Johnson" appears to be an alias for DESHA MCDOWELL (China's sister), "Tati Woodward" appears to be a nickname for Tatiana WOODWARD, and "Elena Beckmon" appears to be BECKMON's true name.

26. According to ULTA Beauty, WOODWARD is connected to approximately $120,000.00 in thefts in the past three (3) months and recently targeted ULTA Beauty retail stores in Pennsylvania. BECKMON had multiple arrests throughout California related to

thefts from ULTA Beauty retail stores, while DESHA MCDOWELL was arrested by the Modesto Police Department for a theft that she committed with CHINA MCDOWELL at an ULTA Beauty retail store. ULTA records also tie CHINA MCDOWELL to eight theft incidents at ULTA Beauty stores in California.

27. Notably, **Subjects Parcels 1 through 5** were all sent to the **Subject PO Box** by "Chyna Johnson, 2930 Weald Way, Sac CA 95833." According to CHP investigators, this Sacramento address is CHINA MCDOWELL's address.

**The Search of MACK's Residence**

28. On December 6, 2023, I was contacted by HSI Special Agent Kolonoski. Agent Kolonski informed me HSI agents and CHP Officers had just conducted a search warrant at MACK's residence. Agent Kolonski informed me MACK was arrested on state charges. I also learned agents located and seized hundreds of parcels prepped for shipment that would be ultimately mailed at the local Post Office, which is the same Post Office that hosts the **Subject PO Box**.

29. Additional items located at MACK's residence and seized as evidence included thousands of ULTA Beauty and Sephora cosmetics exceeding $350,000 in retail value. Agents described the garage setup at MACK's residence as a "mini store." Agents also located and seized Sunglass Hut products with sales tags still affixed. Agent Kolonski requested a copy of MACK's P.O. Box application for the **Subject PO Box** at the Bonsall Post Office. Agent Kolonski also requested seizure of any parcels that were identified as belonging to the **Subject PO Box** and specifically MACK and her business, "Online Makeup Store," based on the probable cause of this investigation.

30. I obtained a copy of MACK's PO Box application, which I provided to Agent Kolonski. On December 8, 2023, I arrived at the Bonsall Post Office located at 5521 Mission Road, Bonsall, CA 92003. I met with the Postmaster who provided me with 18 parcels previously described herein as **Subject Parcels 1 through 18**.

31. As mentioned above, **Subject Parcels 1 through 5** appear to be shipments sent to MACK by her coconspirator CHINA MCDOWELL. These packages are likely to have items that MCDOWELL or her coconspirators stole and sole to MACK.

32. According to the packages' exterior markings, **Subject Parcels 6 through 15** have preprinted labels identifying them as "returns" to Online Makeup Store. These packages are likely stolen goods that MACK previously sold through her eCommerce site that are being returned to her by marketplace customers.

33. According to exterior markings, **Subject Parcels 16 through 18** all have "return to sender" labels affixed that indicate the items could not be delivered as addressed. These items, which appear to have been shipped by Online Makeup Store, are also likely to be stolen items sold by MACK.

34. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe items contained in the **Subject Parcels** are goods stolen from retail establishments. Accordingly, I seek the issuance of a search warrant directing the search of the articles as described above and the seizure of the articles and contents, including any stolen retail merchandise, all in violation of Title 18, United States Code, Sections 1341 (mail fraud), and 1349 (mail fraud conspiracy).

35. Based upon my training, experience, and knowledge, MACK uses the **Subject PO Box** and United States Mail to send and receive stolen retail products based on (but not limited to) the following facts: MACK is CEO, Secretary, and CFO of a business dealing in Amazon online sales, which is registered to her home address; this same online business sells new makeup products at half price, which is lower than major retailers like ULTA Beauty and a common characteristic of sales of stolen goods; cellphone evidence shows MACK instructing REYES and GOODING to send stolen products to the **Subject PO Box**, which is the same address where this investigation shows MACK receiving stolen retail merchandise from coconspirators such as CHINA MCDOWELL, DESHA MCDOWELL, WOODWARD, and BECKMON.

36. The **Subject Parcels** are currently in the custody of Postal Inspector Darin White and located within the Southern District of California at 10060 Willow Creek Rd, San Diego, CA 92131.

37. I declare under penalty and perjury the foregoing is true and correct to the best of my knowledge and belief.

_____
DARIN M. WHITE
United States Postal Inspector

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on December 13, 2023.

_____
HONORABLE MICHAEL S. BERG
United States Magistrate Judge

# ATTACHMENT A
# PARCELS TO BE SEARCHED

The following property is to be searched:

a. **Subject Parcel 1** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4968 13 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003 with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

b. **Subject Parcel 2** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4967 76 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

c. **Subject Parcel 3** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4968 51 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

d. **Subject Parcel 4** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4967 90 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

e. **Subject Parcel 5** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4968 37 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

f. **Subject Parcel 6** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0004 4978 48 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Yvette E Gil Hernandez, 222 Harrison Ave, San Diego, CA 92113-2322." The parcel is a "return parcel" and a postmark date and zip are not listed.

g. **Subject Parcel 7** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 5874 08 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Trisha Bishop, 8732 E. San Victor Dr, Scottsdale, AZ 85258-1914." The parcel is a "return parcel" and a postmark date and zip are not listed.

h. **Subject Parcel 8** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 5626 56 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Kari Greaves, 422 E. Valley View Dr, Preston, ID 83263-1543." The parcel is a "return parcel" and a postmark date and zip are not listed.

i. **Subject Parcel 9** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0003 9706 49 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Gizelle Moses, 31555 Vorenburg Rd, Calhan, CO 80808-9027." The parcel is a "return parcel" and a postmark date and zip are not listed.

j. **Subject Parcel 10** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 5341 98 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Scott Campbell, 4120 Baxter Trl, Suwanee, GA 30024-8384." The parcel is a "return parcel" and a postmark date and zip are not listed.

k. **Subject Parcel 11** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0009 1034 92 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Linda Johnson, 16478 Lower Colfax Rd, Grass Valley, CA 95945-7914." The parcel is a "return parcel" and a postmark date and zip are not listed.

l. **Subject Parcel 12** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0010 2003 95 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Judy Hatfield, 575 Northstar Drive, Saint George, UT 84770." The parcel is a "return parcel" and a postmark date and zip are not listed.

m. **Subject Parcel 13** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 8224 79 to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Dianne Pittman, 40929 Ccascado Pl, Fremont, CA 94539-3744." The parcel is a "return parcel" and a postmark date and zip are not listed.

n. **Subject Parcel 14** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 6323 13 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Mary N. Windham, 360 E. Lake Sue Avenue, Winter Park, FL 32789-5831." The parcel is a "return parcel" and a postmark date and zip are not listed.

o. **Subject Parcel 15** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 2925 31 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "James A Ogle, 14833 Timber Ridge Ln, Marthasville, MO 63357-2147." The parcel is a "return parcel" and a postmark date and zip are not listed.

p. **Subject Parcel 16** is a USPS Ground Advantage parcel bearing tracking number 9300 1201 1141 1135 2508 17 addressed to "Maria Rosa Serrano,

8400 NW 25th St (BM-429080), Suite 100 Doral, Miami, FL 33191" with the return address of "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518." The parcel is a "return to sender parcel." It was originally postmarked on November 13, 2023, from ZIP code 92003.

q. **Subject Parcel 17** is a USPS Ground Advantage parcel bearing tracking number 9300 1201 1141 1166 2760 46 addressed to "Nancy Adiegwu, 8640 S 82nd CT APT 10, Hickory Hills, IL 60457-1150" with the return address of "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518." The parcel is a "return to sender parcel." It was originally postmarked on November 24, 2023, from ZIP code 92003.

r. **Subject Parcel 18** is a USPS Ground Advantage parcel bearing tracking number 9300 1201 1141 1180 1956 44 addressed to "Koji Onoe, 6507 Ocean Crest Dr V318, Rancho Palos Verdes, CA 90275-5464" with the return address of "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518." The parcel is a "return to sender parcel." It was originally postmarked on November 27, 2023, from ZIP code 92003.

(Collectively, the "**Subject Parcels.**")  The **Subject Parcels** are in the custody of the USPS in San Diego, California at 10060 Willow Creek Rd, San Diego, CA 92131.

## ATTACHMENT B
## ITEMS TO BE SEIZED

The items to be seized from the **Subject Parcels** are:

a. Retail merchandise, new or unopened, including ULTA Beauty, Sephora, luxury handbags, and Sunglass Hut products;

b. Materials and documents reflecting or relating to the distribution and sale of stolen retail merchandise;

c. Any packaging associated with evidence seized under (a) or (b);

which constitute the fruits, instrumentalities, and evidence of violations of Title 18, United States Code, Sections 1341 (mail fraud), and 1349 (fraud conspiracy).