# NOT FOR PUBLIC VIEW

❏ Original          ❏ Duplicate Original

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>18 USPS Parcels to "Online Makeup Store,"<br>5521 Mission Rd, #394, Bonsall, CA 92003 | )<br>)<br>)<br>)<br>)<br>)    Case No.     **23MJ4517** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ Southern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ December 27, 2023 _____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.     ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Michael S. Berg _____
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____

Date and time issued:     December 13, 2023     1209

_____
*Judge's signature*

City and state:     San Diego, CA

Michael S. Berg, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>23mj4517-MSB | Date and time warrant executed:<br>12/19/2023 - 10:04 AM | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of :
  Postal Inspector Mark Hallisey and Homeland Security Special Agent Greg Kaplan

Inventory of the property taken and name(s) of any person(s) seized:

Search and seizure of 18 USPS parcels sent to "Online Makeup Store,"5521 Mission Rd, #394, Bonsall, CA 92003."  The contents seized in the parcels included beauty products stolen from ULTA Beauty with a total retail value of $16,039.00.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:        12/21/2023

_____
Executing officer's signature

Darin White, US Postal Inspector
_____
Printed name and title

# ATTACHMENT A
## PARCELS TO BE SEARCHED

The following property is to be searched:

a. **Subject Parcel 1** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4968 13 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003 with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

b. **Subject Parcel 2** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4967 76 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

c. **Subject Parcel 3** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4968 51 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

d. **Subject Parcel 4** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4967 90 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

e. **Subject Parcel 5** is a Priority Mail parcel bearing tracking number 9505 5130 0563 3338 4968 37 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003" with the return address of "Chyna Johnson, 2930 Weald Way, Sac CA 95833." It was postmarked on December 4, 2023, from ZIP code 95301.

f.  **Subject Parcel 6** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0004 4978 48 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Yvette E Gil Hernandez, 222 Harrison Ave, San Diego, CA 92113-2322." The parcel is a "return parcel" and a postmark date and zip are not listed.

g.  **Subject Parcel 7** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 5874 08 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Trisha Bishop, 8732 E. San Victor Dr, Scottsdale, AZ 85258-1914." The parcel is a "return parcel" and a postmark date and zip are not listed.

h.  **Subject Parcel 8** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 5626 56 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Kari Greaves, 422 E. Valley View Dr, Preston, ID 83263-1543." The parcel is a "return parcel" and a postmark date and zip are not listed.

i.  **Subject Parcel 9** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0003 9706 49 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Gizelle Moses, 31555 Vorenburg Rd, Calhan, CO 80808-9027." The parcel is a "return parcel" and a postmark date and zip are not listed.

j.  **Subject Parcel 10** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 5341 98 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Scott Campbell, 4120 Baxter Trl, Suwanee, GA 30024-8384." The parcel is a "return parcel" and a postmark date and zip are not listed.

k. **Subject Parcel 11** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0009 1034 92 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Linda Johnson, 16478 Lower Colfax Rd, Grass Valley, CA 95945-7914." The parcel is a "return parcel" and a postmark date and zip are not listed.

l. **Subject Parcel 12** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0010 2003 95 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Judy Hatfield, 575 Northstar Drive, Saint George, UT 84770." The parcel is a "return parcel" and a postmark date and zip are not listed.

m. **Subject Parcel 13** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 8224 79 to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Dianne Pittman, 40929 Ccascado Pl, Fremont, CA 94539-3744." The parcel is a "return parcel" and a postmark date and zip are not listed.

n. **Subject Parcel 14** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 6323 13 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "Mary N. Windham, 360 E. Lake Sue Avenue, Winter Park, FL 32789-5831." The parcel is a "return parcel" and a postmark date and zip are not listed.

o. **Subject Parcel 15** is a USPS Ground Advantage parcel bearing tracking number 9302 0109 4989 0008 2925 31 addressed to "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518" with the return address of "James A Ogle, 14833 Timber Ridge Ln, Marthasville, MO 63357-2147." The parcel is a "return parcel" and a postmark date and zip are not listed.

p. **Subject Parcel 16** is a USPS Ground Advantage parcel bearing tracking number 9300 1201 1141 1135 2508 17 addressed to "Maria Rosa Serrano,

8400 NW 25th St (BM-429080), Suite 100 Doral, Miami, FL 33191" with the return address of "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518." The parcel is a "return to sender parcel." It was originally postmarked on November 13, 2023, from ZIP code 92003.

q. **Subject Parcel 17** is a USPS Ground Advantage parcel bearing tracking number 9300 1201 1141 1166 2760 46 addressed to "Nancy Adiegwu, 8640 S 82nd CT APT 10, Hickory Hills, IL 60457-1150" with the return address of "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518." The parcel is a "return to sender parcel." It was originally postmarked on November 24, 2023, from ZIP code 92003.

r. **Subject Parcel 18** is a USPS Ground Advantage parcel bearing tracking number 9300 1201 1141 1180 1956 44 addressed to "Koji Onoe, 6507 Ocean Crest Dr V318, Rancho Palos Verdes, CA 90275-5464" with the return address of "Online Makeup Store, 5521 Mission Road, #394, Bonsall, CA 92003-2518." The parcel is a "return to sender parcel." It was originally postmarked on November 27, 2023, from ZIP code 92003.

(Collectively, the "**Subject Parcels.**")  The **Subject Parcels** are in the custody of the USPS in San Diego, California at 10060 Willow Creek Rd, San Diego, CA 92131.

## ATTACHMENT B
## ITEMS TO BE SEIZED

The items to be seized from the **Subject Parcels** are:

a. Retail merchandise, new or unopened, including ULTA Beauty, Sephora, luxury handbags, and Sunglass Hut products;

b. Materials and documents reflecting or relating to the distribution and sale of stolen retail merchandise;

c. Any packaging associated with evidence seized under (a) or (b);

which constitute the fruits, instrumentalities, and evidence of violations of Title 18, United States Code, Sections 1341 (mail fraud), and 1349 (fraud conspiracy).